# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL P. CASSILIS

VERSUS

WILLIAM A. GREGOIRE, M.D.

NO.  2019 CW 1425

**FEB 1 8 2020**

In Re:  William A. Gregoire, M.D., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 684922.

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> **TMH**
> **AHP**
> **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT